## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **REGINA JACKSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**ACCOUNT RESOLUTION SERVICES**<br><br>**Defendant.** | Civil Action No. 1:17-cv-00062 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and agreed, by and between the plaintiff Regina Jackson ("Plaintiff") and Defendant Healthcare Revenue Recovery Group, LLC (improperly identified and served as Account Resolution Services) ("Defendant"), through undersigned counsel, that Plaintiff's claims against Defendant in this action are dismissed without prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Christopher Componovo* | */s/ Megan T. Mantzavinos* |
| Christopher Componovo, Esquire (No. 3234) | Megan T. Mantzavinos, Esquire (No. 3802) |
| Kimmel & Silverman, P.C. | Marc Sposato, Esquire (No. 5663) |
| Silverside Carr Executive Center | Marks, O'Neill, O'Brien, |
| Suite 118, 501 Silverside Road | Doherty & Kelly |
| Wilmington, DE 19809 | 300 Delaware Avenue, Suite 900 |
| (302) 791-9373 | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | 302-658-6538 |
| | *Attorneys for Defendant* |

Dated: June 20, 2017

{DE404404.1}